■ In the Matter of MOHAMED SHAIBI, Respondent, v NEW YORK STATE DEPARTMENT OF HEALTH, Appellant. (Appeal No. 1.) [624 NYS2d 990] —Order unanimously reversed on the law without costs and motion denied. Memorandum: Supreme Court erred in granting petitioners' motions for preliminary injunctions. Petitioners failed to make the requisite showing of a likelihood of ultimate success on the merits, that irreparable harm will be suffered unless the relief sought is granted and that a balancing of the equities weighs in their favor (see, Matter of J.O.M. Corp. v Department of Health, 173 AD2d 153). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Preliminary Injunction.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ In the Matter of MOHAMED QAYED, Respondent, v NEW YORK STATE DEPARTMENT OF HEALTH, Appellant. (Appeal No. 2.) [624 NYS2d 990] —Order unanimously reversed on the law without costs and motion denied. Same Memorandum as in Matter of Shaibi v New York State Dept. of Health (212 AD2d 1051 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Preliminary Injunction.) Present— Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE POLLINO, Appellant. [624 NYS2d 1007] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Marihuana, 3rd Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Boehm, JJ.